704

Submitted June 9, 1975. *Mary Willmann* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Francis C. Barbieri, Jr., Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed. See *Commonwealth v. Clair*, 458 Pa. 418, 326 A.2d 272 (1974).

## Commonwealth *v.* Brown, Appellant.

Submitted December 6, 1974. *Nicholas Trott Long*, for appellant; *Rosalyn K. Robinson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Browning, Appellant.

Submitted March 17, 1975. *Samuel D. Miller, III*, and *High, Swartz, Roberts & Seidel*, for appellant; *Stewart J. Greenleaf*, Assistant District At-